| | | |
|---|---|---|
| People v Holloway | 4th Dept: 147 AD3d 1461 (Monroe) | denied 6/1/17 (Stein, J.) |
| People v Hooks | 2d Dept: 148 AD3d 930 (Kings) | denied 6/7/17 (DiFiore, Ch. J.) |
| People v Hough | 4th Dept: 148 AD3d 1671 (Erie) | denied 6/7/17 (DiFiore, Ch. J.) |
| People v Hughes | 2d Dept: 146 AD3d 807 (Queens) | denied 6/23/17 (Wilson, J.) |
| People v Hulme | 4th Dept: 147 AD3d 1513 (Wyoming) | denied 6/6/17 (Rivera, J.) |
| People v Hurdle | 1st Dept: 149 AD3d 528 (NY) | denied 6/14/17 (Garcia, J.) |
| People v Hurley | App Div, 3d Dept: 2016 NY Slip Op 91183(U) (Franklin) | denied 6/6/17 (Rivera, J.) |
| People v Ice | 3d Dept: 148 AD3d 1304 (Schenectady) | denied 6/23/17 (Wilson, J.) |
| People v Ignacio | 2d Dept: 148 AD3d 824 (Kings) | denied 6/15/17 (Rivera, J.) |
| People v Imhiavan | 2d Dept: 147 AD3d 977 (Queens) | denied 6/1/17 (Stein, J.) |
| People v Jack | 2d Dept: 149 AD3d 779 (Kings) | denied 6/23/17 (Fahey, J.) |
| People v Jackson (Brandon) | 4th Dept: 145 AD3d 1658 (Erie) | denied reconsideration 6/1/17 (Stein, J.) |
| People v Jackson (Constantinee) | App Div, 4th Dept, 4/19/17 (Onondaga) | dismissed 6/14/17 (Rivera, J.) |
| People v Jackson (Freddie) | 4th Dept: 148 AD3d 1652 (Onondaga) | denied 6/16/17 (Stein, J.) |
| People v Jakubowski | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 136(A) (Kings) | denied 6/20/17 (Garcia, J.) |
| People v James | 2d Dept: 149 AD3d 869 (Kings) | denied 6/13/17 (Stein, J.) |
| People v Jimenez (Carlos) | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 54 Misc 3d 139(A) (Richmond) | denied 6/9/17 (Wilson, J.) |
| People v Jimenez (Irineo) | 2d Dept: 149 AD3d 870 (Dutchess) | denied 6/26/17 (Stein, J.) |
| People v Jimenez (Yomalbi) | 2d Dept: 148 AD3d 723 (Rockland) | denied 6/23/17 (Wilson, J.) |
| People v Jiminez | 1st Dept: 147 AD3d 496 (NY) | denied 6/22/17 (Wilson, J.) |
| People v Joe | 1st Dept: 146 AD3d 587 (Bronx) | denied 6/23/17 (DiFiore, Ch. J.) |
| People v Jones (Clement/Clemont) | 4th Dept: 147 AD3d 1461 (Monroe) | denied 6/6/17 (Rivera, J.) (Appeal Nos. 1 and 2) |
| People v Jones (Clemon) | 4th Dept: 147 AD3d 1461 (Monroe) | denied 6/6/17 (Rivera, J.) (Appeal Nos. 1 and 2) |